# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00242-MR-WCM

| | |
|---|---|
| **VOYAGER INDEMNITY INSURANCE COMPANY,** ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| **DAKOTA GIFFORD and AMAZIAH DONDERO,** ) ) ) ) | |
| Defendants. ) _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action against the Defendants Dakota Gifford and Amaziah Dondero on September 10, 2021. [Doc. 1]. On February 11, 2022, the Clerk of Court made an entry of default as to both Defendants. [Doc. 11]. More than sixty days have now passed, however, and the Plaintiff appears to have made no effort to prosecute the action further against the Defendants.

The Court will allow the Plaintiff fourteen (14) days to file an appropriate motion or otherwise take further action with respect to the Defendants. The

Plaintiff is advised that failure to take further action against the Defendants will result in the dismissal of this action without prejudice.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendants Dakota Gifford and Amaziah Dondero.  **The Plaintiff is advised that failure to take further action against these Defendants will result in the dismissal of this action without prejudice.**

**IT IS SO ORDERED.**

Signed: April 21, 2022

Martin Reidinger
Chief United States District Judge