# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Voyager Indemnity Insurance Company, | ) ) ) | DEFAULT JUDGMENT |
| Plaintiff, | ) ) | 1:21-cv-00242-MR-WCM |
| vs. | ) ) | |
| Amaziah Dondero Dakota Gifford, | ) ) ) | |
| Defendants. | ) | |

THIS action having come before the Court on Plaintiff's Motion for Default Judgment, and the Court finding that the Plaintiff does not have a duty to defend, settle, or indemnify with respect to the Underlying Action:

IT IS ORDERED AND ADJUDGED that Default Judgment is hereby ENTERED against the Defendants Dakota Gifford and Amaziah Dondero in accordance with the Court's October 3, 2022 Order.

October 3, 2022

_____
Frank G. Johns, Clerk
United States District Court